**Dan L. BAKER, Petitioner,**

v.

**Vernon George SMITH et al., Respondents.**

**No. A–10331.**

Supreme Court of Texas.

Oct. 21, 1964.

Rehearing Denied Nov. 11, 1964.

Rodgers & Stephens, Graham, for petitioner.

James M. Spiller, Jacksboro, Sewell & Forbis, Decatur, for respondents.

PER CURIAM.

The Applications for Writ of Error are Refused, No Reversible Error. Rule 483, Texas Rules of Civil Procedure.

Our action on these applications does not mean we approve the holding by the Court or Civil Appeals (380 S.W.2d 725) if it did so hold, that a summary judgment may not be rendered in any trespass to try title case, where the defendant has filed a plea of "Not Guilty."